UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VICKI LAUZIER, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>   )<br>   Defendant. ) | 2:11-cv-00072-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on January 31, 2012 (Docket # 18), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and herby is AFFIRMED.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 22nd day of February, 2012.