UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VICKI LAUZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:11-cv-00072-JAW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on January 31, 2012 (Docket # 18), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and herby is AFFIRMED.

SO ORDERED.

            /s/John A. Woodcock, Jr.
            JOHN A. WOODCOCK, JR.
            CHIEF U.S. DISTRICT JUDGE

Dated this 22nd day of February, 2012.